1020

No. 99–483.   RESTAURANT ROW ASSOCIATES ET AL. v. HORRY COUNTY.   Sup. Ct. S. C.   Certiorari denied.

No. 99–488.   RODRIGUEZ v. MUHLENBERG HOSPITAL CENTER. C. A. 3d Cir.   Certiorari denied.

No. 99–490.   GRIDER ET AL. v. CITY OF LOUISVILLE.   C. A. 6th Cir.   Certiorari denied.

No. 99–493.   GREEN ET UX. v. LEVIS MOTORS, INC., DBA LEVIS MITSUBISHI, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 99–503.   HERMAN ET AL. v. BLOCKBUSTER ENTERTAINMENT GROUP ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 99–511.   SANDERS v. VILLAGE OF DIXMOOR.   C. A. 7th Cir. Certiorari denied.

No. 99–516.   WISDOM v. WARD, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 99–518.   ZAHRAN ET UX. v. FRANKENMUTH MUTUAL INSURANCE CO.   C. A. 7th Cir.   Certiorari denied.

No. 99–521.   FITZGERALD ET AL. v. STALDER, INDIVIDUALLY AND IN HIS CAPACITY AS SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.   Ct. App. La., 1st Cir.   Certiorari denied.

No. 99–524.   JIRICKO v. MOSER & MARSALEK, P. C.   C. A. 8th Cir.   Certiorari denied.

No. 99–529.   TALYANSKY v. XEROX CORP. ET AL.   C. A. 2d Cir. Certiorari denied.

No. 99–533.   PARKER v. UNITED STATES AIR FORCE ET AL. C. A. 9th Cir.   Certiorari denied.

No. 99–534.   MONTANA RAIL LINK, INC. v. WATTS ET AL.   Sup. Ct. Mont.   Certiorari denied.